UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KLC FINANCIAL, INC.,

        Plaintiff,                      Case No. 13-01455

vs.

LONGVANS, INC., ET AL.,

        Defendants.

## SATISFACTION OF JUDGMENT

The undersigned, counsel of record for KLC Financial, Inc., acknowledge that on April 23, 2014, a judgment was rendered against Defendants in the amounts as follows:

1.     $176,616.08 against LongVANS, Inc. and Thomas Long, jointly and severally; and

2.     $223,818.53, $772,286.51, $134,299.92, $142,291.60 and $414,815.45 against all Defendants, jointly and severally.

Payment in full of the above judgment has been received, and therefore, this judgment and any resulting lien are fully satisfied.

Dated at Chicago, Illinois, this 13th day of October, 2014.

DRESSLER PETERS, LLC

/s/ Dennis A. Dressler
Dennis A. Dressler
David A. Wargula
111 West Washington Street, Suite 1900
Chicago, IL 60602
Phone: (312) 602-7360
Fax: (312) 637-9378
ddressler@dresslerpeters.com
dwargula@dresslerpeters.com